RANDOLPH E. DAAR
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorney for Defendant
THOMAS L. PROSPER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,                    CR 95-268 DFL

  v.                               EX PARTE REQUEST AND
                                      ORDER TO EXONERATE BAIL
THOMAS L. PROSPER,          AND RECONVEY REAL PROPERTY

      Defendant.
_____/

    COMES NOW defendant, through counsel, and hereby requests that bail be exonerated in this matter, and that the property posted as security for bail be reconveyed.  In support of said request, counsel declares:

    Property located in Shasta County, owned by Shawn Isom, who resides at 2944 Carmona Way, Antioch, California 94509, was posted as security for bail for Mr. Prosper in this matter, on or about June 19, 1995.

    Mr. Prosper was sentenced in December of 1995, and has since served his sentence and been released.  Due to an oversight, exoneration of bail was never requested.  The owners now are refinancing, and would appreciate if reconveyance could be

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

1

expedited.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on August 16, 2005, at San Francisco, California.

```
                        _____
                               /s/ RANDOLPH E. DAAR
                               RANDOLPH E. DAAR
```

**IT IS SO ORDERED.**

Dated: 8/18/2005

```
                                /s/ David F. Levi
                               DAVID F. LEVI, Judge
                               United States District Court
```